IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY
    Plaintiff

Case No. _____

    v.

COMMONWEALTH OF PENNSYLVANIA
    Defendant

NOTICE OF A CONSTITUTIONAL QUESTION

1.    Plaintiff Edward Thomas Kennedy is one of the people of Pennsylvania in this court of record files and serves this notice on a constitutional question on the Commonwealth of Pennsylvania Attorney General. Plaintiff's Motion and Memorandum challenges the constitutionality of 2010 Pennsylvania Code, Title 18 - CRIMES AND OFFENSES, Chapter 27 - Assault , 2709 - Harassment. Said Harassment statute exceeds the Defendant's jurisdiction, and because it exceeds the Commonwealth of Pennsylvania state government's jurisdiction, the Plaintiff (and all of we the people) is injured in loss of rights.

2.    Defendant is not able to prove "Venue" as defined in the statute beyond a reasonable doubt because modern communication circules communication across the planet and jurisdictions outside of the United States of America and its law.

3.    Prosecuting Attorneys for the Defendant play games with the federal rules of evidence, fail to disclose evidence to defendants, violate due process, and injure we the

people in loss of rights. The state statute as written and applied has no foundation in law and thus prosecuting attorneys employed by the defendant settle 95% or mote of all criminal cases based on reliable sources plaintiff believes are credible.

## TAKE JUDICIAL NOTICE

4. Pursuant to Federal Rules of Evidence Rule 201 (c) (2), Plaintiff requests this court, a court of record, to notice the following necessary information:

5. Plaintiff is Edward Thomas Kennedy and is one of the people of Pennsylvania in this court of record.

6. Defendant Commonwealth of Pennsylvania is a State, not a commonwealth and is under the jurisdiction of this court, for Plaintiff's Notice and Motion as a federal question.

Date: September 7, 2018.

Respectfully submitted,

(seal)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: pillar.of.peace.2012@gmail.com
Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 7th day of September, 2018, the foregoing Notice of a Constitutional Question and its related Motion to Order Statute Void and Memorandum in Support of the Motion to Order Statute Void were filed and served at Clerk of Court, United States District Court, 504 Hamilton Street, Suite 1601, Allentown, PA 18101 by regular US mail, and the following party was served by regular US mail as follows:   Josh Shapiro, Attorney General.

Commonwealth of Pennsylvania, Defendant
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120

Respectfully submitted,

EDWARD THOMAS KENNEDY

Date: September 7, 2018